UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN S. BERGER,

             Plaintiff,

-against-

THE DEPARTMENT OF DEFENSE,

             Defendant.

24-CV-7450 (LTS)

ORDER DENYING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. See 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:   October 4, 2024
           New York, New York

                                         /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge