UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan S. Berger, <br><br>                   Plaintiff, <br><br>-against- <br><br>The Department of Defense, <br><br>                   Defendant. | 1:24-cv-07450 (JHR) (SDA) <br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

      The Court is in receipt of the motions filed by Jonathan S. Berger ("Plaintiff") on January 31, 2025. (Motions, ECF Nos. 41 and 42; Decls., ECF Nos. 43 and 44.) It is hereby ORDERED as follows:

      1.     Defendant shall respond to Plaintiff's motion seeking discovery and subpoena of information and documents (ECF No. 41) no later than Tuesday, March 4, 2025.

      2.     With respect to Plaintiff's motion seeking "medical orders for the Plaintiff to take two CT scans and one kidney scan" (*see* ECF No. 44 at PDF p. 4; *see also* ECF No. 42), the relief Plaintiff seeks is not within the Court's jurisdiction. Plaintiff's motion is therefore DENIED.

**SO ORDERED.**

Dated:     New York, New York
            February 4, 2025

                                                      */s/ Stewart D. Aaron*
                                                  STEWART D. AARON
                                                  United States Magistrate Judge