USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathan S. Berger,

                              **Plaintiff,**

-against-

The Department of Defense,

                              **Defendant.**

1:24-cv-07450 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      The Court is in receipt of the documents filed by Plaintiff on February 20, 2025 in opposition to the pending Motion to Dismiss and Letter Motion regarding discovery.[1] (Opposition, ECF No. 51; Decl., ECF No. 52.) In light of Plaintiff filing his papers early, it is hereby ORDERED as follows:

      1.     Defendant shall file its reply with respect to its Letter Motion regarding discovery (ECF No. 49) no later than Monday, March 3, 2025.

      2.     Defendant shall file its reply with respect to its Motion to Dismiss no later than Monday, March 10, 2025.

      3.     The Clerk of the Court is respectfully requested to terminate the Motion filed at ECF No. 51.

**SO ORDERED.**

---

[1] If Plaintiff seeks to redact any information from public view, he shall file a separate motion specifically identifying the information sought to be redacted by reference to pages and lines of publicly filed documents.

Dated: New York, New York
February 24, 2025

_____
STEWART D. AARON
United States Magistrate Judge

2