**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JONATHAN S. BERGER,

                      Plaintiff,                    24 **CIVIL** 7450 (JHR)(SDA)

       -against-                        **JUDGMENT**

THE DEPARTMENT OF DEFENSE,

                      Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2025, the Report and Recommendation is adopted in its entirety, including Judge Aaron's conclusion that the "problem with [Plaintiff's] complaint is substantive [and] better pleading will not cure it." R&R at 6. The Complaint is dismissed with prejudice pursuant to Rule 12(b)(6). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Tashman v. Kijakazi, No. 21 Civ. 0801 (JMF), 2022 WL 3159318, at *2 (S.D.N.Y. Aug. 8, 2022) (citing Coppedge v. United States, 369 U.S. 438, 444-45 (1962)). Accordingly, the case is closed.

**Dated:** New York, New York

      October 2, 2025

                                                        **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                                      **BY:**

                                                         **Deputy Clerk**